**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Robert Allen CAMERON,**
**Defendant–Appellant.**

No. 07–30173.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 14, 2008.*

Filed Jan. 18, 2008.

Kirk A. Engdall, Esq., United States Attorney's Office, Eugene, OR, for Plaintiff–Appellee.

Kelly Beckley, Esq., Attorney at Law, Eugene, OR, for Defendant–Appellant.

Before: HALL, O'SCANNLAIN, and PAEZ, Circuit Judges.

MEMORANDUM **

Robert Allen Cameron appeals from the 188–month sentence imposed following a conviction for two counts of being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Cameron contends that the district court erred by ordering his federal sentence to run consecutively to his state sentence. In particular, he contends that the consecutive sentence violates the underlying principle of U.S.S.G. § 5G1.3. We reject this contention. We conclude that the district court adequately considered U.S.S.G. § 5G1.3(c), and 18 U.S.C. § 3553(a). *See United States v. Dowd,* 417 F.3d 1080, 1089 (9th Cir.2005); *United States v. Fifield,* 432 F.3d 1056, 1063–66 (9th Cir. 2005).

**AFFIRMED.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.